UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KENNETH ROBINSON, | 1:17-cv-01540-GSA (PC) |
|---|---|
| Plaintiff, | |
| v. | ORDER TRANSFERRING CASE TO NORTHERN DISTRICT OF CALIFORNIA |
| R. CASTELLON, et al., | |
| Defendants. | |

**I.  BACKGROUND**

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

**II.  VENUE**

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

///

1

1 In this case, none of the defendants named in the Complaint reside in this district. The claims arose at the Deuel Vocational Institution in Tracy, California, located in Alameda County, which is in the Northern District of California. Therefore, Plaintiff's claims are properly brought in the United States District Court for the Northern District of California. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

This court has not ruled on plaintiff's request to proceed in forma pauperis.

### III.  CONCLUSION

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

IT IS SO ORDERED.

Dated: **November 21, 2017**          **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE